R. JASON READ, State Bar No. 117561
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
Jason@rjlaw.com
Elise@rjlaw.com

Attorneys for Plaintiffs
VAL-PRO, INC., d/b/a VALLEY FRUIT & PRODUCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

| | |
|---|---|
| VAL-PRO, INC., d/b/a VALLEY FRUIT & PRODUCE COMPANY, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HOP FAT SUPERMARKET, INC., a corporation; CUONG HUE TRINH, an individual; ANTHONY V. AL a/k/a ANTHONY V. AU, an individual; and CAN NGHIEP THAI, an individual,<br><br>Defendants. | Case No. SACV 06-1081 PJW<br><br>**~~[PROPOSED]~~ JUDGMENT AGAINST DEFENDANT ANTHONY V. AL. a/k/a ANTHONY V. AU** |

Having read and considered the Parties' Stipulation For Entry Of Judgment Against Defendant Anthony V. Al. a/k/a Anthony V. Au and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

JUDGMENT IS HEREBY ENTERED in favor of VAL-PRO, INC., d/b/a VALLEY FRUIT & PRODUCE COMPANY and against Defendant Anthony V. Al. a/k/a Anthony V. Au in the total amount of $45,479.75 (itemized as $21,609.00 in principal, $14,889.81 in attorneys' fees, and $8,980.94 in pre-judgment finance charges. Plaintiff is further entitled to receive post-judgment interest at the rate of 18% per annum on all sums due under this judgment in until fully paid.

IT IS FURTHER ORDERED that Plaintiff shall not take any steps to enforce this judgment unless and until Defendant is in default of Defendant's obligations under said Stipulation as described therein.

IT IS FURTHER ORDERED that the sums due to Valley Fruit under this judgment qualify for protection under the trust provisions of the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e et seq.].

The clerk is directed to enter judgment accordingly forthwith.

DATED: 3/28/08

Patrick J. Walsh
HON. PATRICK J. WALSH
U.S. MAGISTRATE DISTRICT JUDGE

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953